```
 1  ABRAHAM, FRUCHTER
        & TWERSKY, LLP
 2  IAN D. BERG
    12526 High Bluff Drive
 3  Suite 300
    San Diego, CA 92130
 4  Tel:   (858) 792-3448
    Fax:   (858) 792-3449
 5  iberg@aftlaw.com

 6  Counsel for the Oklahoma
    Firefighters Pension and
 7  Retirement System
```

FILED
2011 MAY 24  P 3:17

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

*Paid*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN DERCHI-RUSSO, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, and KURT ADZEMA,<br><br>　　　　　　　　Defendants. | Case No. 11-CV-01252-EJD<br><br>JUDGE EDWARD J. DAVILA<br><br>ECF CASE |

### APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Mitchell M.Z. Twersky, an active member in good standing of the bar the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Oklahoma Firefighters Pension and Retirement System in the above-entitled action.

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Ian D. Berg, Abraham, Fruchter & Twersky, LLP, 12526 High Bluff Drive, Suite 300, San Diego, California 92130, Telephone No. (858) 792-3448.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of May, 2011, at New York, New York.

_____
Mitchell M.Z. Twersky

APPLICATION OF ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. 11-CV-01252-EJD

-1-