RECEIVED

2011 JUN -1  A 11: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN DERCHI-RUSSO, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, and KURT ADZEMA,<br>　　　　　　　　Defendants. | Case No. 11-CV-01252-EJD<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>JUDGE EDWARD J. DAVILA |

[Proposed] Order
Case No. 11-CV-01252-EJD

1. Ximena R. Skovron, an active member in good standing of the bar of the Southern District of New York, whose business address and telephone number is: Abraham, Fruchter & Twersky, LLP, One Penn Plaza, Suite 2805, New York, NY 10119, Telephone No. (212) 279-5050, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Oklahoma Firefighters Pension and Retirement System.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

   DATED  June 8, 2011



   Edward J. Davila
   U.S.D.C. Judge

[Proposed] Order
Case No. 11-CV-01252-EJD