**DLA PIPER LLP (US)**
SHIRLI FABBRI WEISS (Bar No. 079225)
*shirli.weiss@dlapiper.com*
DAVID PRIEBE (Bar No. 148679)
*david.priebe@dlapiper.com*
ROY K. McDONALD (CA Bar No. 193691)
*roy.mcdonald@dlapiper.com*
RAJIV DHARNIDHARKA (Bar No. 234756)
*rajiv.dharnidharka@dlapiper.com*
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001

Attorneys for Defendants FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, *and* KURT ADZEMA

[Counsel for Lead Plaintiff listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DERCHI-RUSSO, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, and KURT ADZEMA,<br><br>*Defendants* | Case No. CV 11-1252 EJD HRL<br><br>Class Action<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CONSOLIDATED COMPLAINT AND CASE CAPTION** |

**STIPULATION**

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Finisar Corporation, Jerry S. Rawls, Eitan Gertel, and Kurt Adzema (collectively "Defendants") hereby stipulate as follows:

WHEREAS, by Order dated October 27, 2011, the Court granted Lead Plaintiff's motion for appointment as Lead Plaintiff in this securities class action litigation involving Finisar Corporation, and appointed its counsel as Lead Counsel; and,

WHEREAS, by the same Order, the Court also granted Lead Plaintiff's motion to consolidate the two related securities class action cases involving Finisar Corporation, under the lower case number 5:11-CV-01252-EJD; and,

WHEREAS, by the same Order, the Court ordered Defendants and the appointed Lead Counsel to meet and confer in order to agree on a schedule for the next stage of the case, including the timing of a consolidated complaint and motion to dismiss; and,

WHEREAS, as ordered, the parties have met and conferred and reached an agreement; and,

WHEREAS, Lead Plaintiff proposes for the interests of clarity and efficiency to file a consolidated complaint under the caption "In re Finisar Corporation Securities Litigation," as Lead Plaintiff is not the named plaintiff in the case number under which the cases were consolidated (5:11-CV-01252-EJD), and Defendants agree that this change would be beneficial; and,

WHEREAS, the parties also suggest and agree that it would serve the interests of judicial economy to hold the next Case Management Conference on the same date as the hearing of the motion to dismiss,

IT IS HEREBY STIPULATED THAT:

1. The case shall be recaptioned "In re Finisar Corporation Securities Litigation," retaining its case number (5:11-CV-01252-EJD).

2. Lead Plaintiff shall file a consolidated complaint under the revised caption on or before **January 13, 2012**.

3. Defendants shall move to dismiss the consolidated complaint on or before **March 13, 2012**, with the motion noticed for hearing on a date to be set by the Court consistent with this briefing schedule.

4. Lead Plaintiff shall file its opposition to the motion to dismiss on or before **April 16, 2012**.

5. Defendants shall file their reply in support of the motion to dismiss on or before **May 11, 2012**.

6. The Case Management Conference presently scheduled for December 9, 2011 shall be continued for the same date as the hearing of the motion to dismiss.

Respectfully submitted,

November 2, 2011

**ABRAHAM, FRUCHER & TWERSKY, LLP**
Ian D. Berg (Bar #263586)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130

Mitchell M.Z. Twersky
Ximena R. Skovron
One Penn Plaza, Suite 2805
New York, NY 10119

By: /s/ Ian D. Berg
Attorneys for Lead Plaintiff OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM

November 2, 2011

**DLA PIPER LLP (US)**

By: /s/ David Priebe
Attorneys for Defendants FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, and KURT ADZEMA

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

The Hearing date on the Motion to Dismiss the Consolidated Complaint is set for June 1, 2012 at 9:00 AM. The Case Management Conference is also set for June 1, 2012 at 10:00 AM. The parties' shall file a Joint Case Mangement Conference statement on or before May 25, 2012.

Dated: November _7_, 2011

EDWARD J. DAVILA
United States District Judge

- 2 -  STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING AND CASE CAPTION
Case No. CV 11-1252 EJD HRL

1 **ATTESTATION OF AUTHORIZATION FOR ELECTRONIC FILING**

2     I, David Priebe, am the ECF User whose ID and password are being used to file this

3 STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF

4 CONSOLIDATED COMPLAINT AND CASE CAPTION.  In compliance with General Order

5 45, X.B., I hereby attest that Ian D. Berg has concurred in this filing.

6 November __, 2011                                       /s/ David Priebe