ABRAHAM, FRUCHTER
   & TWERSKY, LLP
IAN D. BERG   (Bar No. 263586)
TAKEO A. KELLAR (Bar No. 234470)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 792-3448
Fax:   (858) 792-3449
*iberg@aftlaw.com*
*tkellar@aftlaw.com*

*Lead Counsel and Counsel For Lead Plaintiff
for Oklahoma Firefighters Pension and
Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORPORATION SECURITIES LITIGATION | Case No. 11-CV-01252-EJD <br><br> <u>Class Action</u> <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF CONSOLIDATED COMPLAINT** |

1    Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Finisar Corp., Jerry S. Rawls, Eitan Gertel, and Kurt Adzema (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, on November 2, 2011, the Lead Plaintiff and Defendants submitted to the Court a Stipulation and [Proposed] Order setting forth a schedule for the timing of a consolidated complaint and motion to dismiss;

WHEREAS, on November 7, 2011, the Court entered an Order accepting the proposed schedule as follows:  Lead Plaintiff shall file a consolidated complaint before January 13, 2012; Defendants shall move to dismiss the consolidated complaint on or before March 13, 2012; Lead Plaintiff shall file its opposition to the motion to dismiss on or before April 16, 2012; Defendants shall file their reply in support of the motion to dismiss on or before May 11, 2012; and the Hearing date on the motion to dismiss the consolidated complaint is set for June 1, 2012, at 9:00 a.m., with a Case Management Conference to be held on the same day;

WHEREAS, Lead Plaintiff is experiencing an unexpected delay in the course of its investigation, which includes an investigation being conducted in the People's Republic of China; and

WHERAS, Lead Plaintiff believes, and Defendants do not object, that it would be in the best interests of efficiency and Judicial economy to delay slightly the time for Lead Plaintiff to file a consolidated complaint, and to adjust the motion to dismiss briefing schedule without causing undue delay in the Hearing of the motion by the Court,

IT IS HEREBY STIPULATED THAT:

1. The time for Lead Plaintiff to file a consolidated complaint shall be extended from January 13, 2012 to **January 20, 2012**.

3. The time for Defendants to move to dismiss the consolidated complaint shall be extended from March 13, 2012 to **March 16, 2012**, with the motion noticed for a hearing date on **June 1, 2012**, at 9:00 a.m., as previously ordered by the Court.

4. Lead Plaintiff shall file its opposition to the motion to dismiss on or before **April 16, 2012**, as previously ordered by the Court.

5. Defendants shall file their reply in support of the motion to dismiss on or before **May 11, 2012**, as previously ordered by the Court.

6. The Case Management Conference will remain set for **June 1, 2012**, and a Joint Case Management Conference Statement shall be filed on or before **May 25, 2012**, both as previously set by the Court.

Respectfully submitted,

January 5, 2012

**ABRAHAM, FRUCHER & TWERSKY, LLP**
Ian D. Berg (Bar No. 263586)
Takeo A. Kellar (Bar No. 234470)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130

Mitchell M.Z. Twersky
One Penn Plaza, Suite 2805
New York, NY 10119

By: /s/ Ian D. Berg
Attorneys for Lead Plaintiff OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM

January 5, 2012

**DLA PIPER LLP (US)**

By: /s/ David Priebe
Attorneys for Defendants FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, and KURT ADZEMA

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 6, 2012

_____
EDWARD J. DAVILA

United States District Judge

ATTESTATION OF AUTHORIZATION FOR ELECTRONIC FILING

    I, Ian D. Berg, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF CONSOLIDATED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that David Priebe has concurred in this filing.

                                                                    */s/ Ian D. Berg*
                                                                           Ian D. Berg