1  SHIRLI FABBRI WEISS (Bar No. 079225)
   *shirli.weiss@dlapiper.com*
2  DAVID PRIEBE (Bar No. 148679)
   *david.priebe@dlapiper.com*
3  ROY K. McDONALD (CA Bar No. 193691)
   *roy.mcdonald@dlapiper.com*
4  RAJIV DHARNIDHARKA (Bar No. 234756)
   *rajiv.dharnidharka@dlapiper.com*
5  **DLA PIPER LLP (US)**
   2000 University Avenue
6  East Palo Alto, CA 94303-2248
   Tel: (650) 833-2000
7  Fax: (650) 833-2001

8  Attorneys for Defendants FINISAR
   CORPORATION, JERRY S. RAWLS, EITAN
9  GERTEL, *and* KURT ADZEMA

10 [Additional Counsel On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FINISAR CORPORATION SECURITIES LITIGATION | Case No. CV 11-1252 EJD HRL<br><br>Class Action<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF MOTION TO DISMISS CONSOLIDATED COMPLAINT** |

DLA Piper LLP (US)
East Palo Alto

229632619.2 (WEST)   STIPULATION & [PROPOSED] ORDER REGARDING SCHEDULING OF MOTION TO DISMISS CONSOLIDATED COMPLAINT / CASE NI, CV 11-1252-EJD-HRL

Defendants Finisar Corporation, Jerry S. Rawls, Eitan Gertel, and Kurt Adzema (collectively "Defendants") and Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") hereby stipulate as follows:

WHEREAS, on January 6, 2012, the Court entered an order, pursuant to the parties' stipulation, setting a schedule for the filing of a Consolidated Complaint (the "Complaint") and the briefing of a contemplated motion to discuss the Complaint;

WHEREAS, on January 20, 2012, in accordance with the Court's order, Lead Plaintiff filed the Complaint;

WHEREAS, Defendants asked Lead Plaintiff for one additional week to file their motion to dismiss, in order to accommodate recent schedule conflicts arising for its counsel;

WHEREAS, Lead Plaintiff agreed to this request; and

WHEREAS, Defendants believe that additional pages of briefing of the motion to dismiss is warranted and would be of assistance to the Court, and whereby Lead Plaintiff has no objection to additional pages so long as the parties have an equal opportunity to present their respective analyses of the standards applicable to federal securities complaints, including under the Private Securities Litigation Reform Act of 1995.

IT IS HEREBY STIPULATED THAT:

1. The time for Defendants to file their motion to dismiss shall be extended to **March 23, 2012**, with the motion noticed for a hearing date on **June 8, 2012**, at 9:00 a.m. Defendants may file a memorandum of points and authorities of up to thirty five (35) pages.

2. Lead Plaintiff shall file its opposition to the motion to dismiss on or before **April 23, 2012**, to allow for the additional time extended to the Defendants to file their motion. Lead Plaintiff may file a memorandum of points and authorities of up to thirty five (35) pages.

3. Defendants shall file their reply in support of the motion to dismiss on or before **May 18, 2012**. Defendants may file a memorandum of points and authorities of up to twenty (20) pages.

DLA Piper LLP (US)
East Palo Alto

1

STIPULATION & [PROPOSED] ORDER REGARDING SCHEDULING OF MOTION
TO DISMISS CONSOLIDATED COMPLAINT / CASE NI, CV 11-1252-EJD-HRL

4. The hearing of the motion shall and the Case Management Conference shall be set for **June 8, 2012**, one week later than the current schedule; and a Joint Case Management Conference Statement shall be filed on or before **June 1, 2012.**

Respectfully submitted,

March 14, 2012　　　　　　　　　　　　**DLA PIPER LLP (US)**

By: _/s/ David Priebe_
Attorneys for Defendants FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, and KURT ADZEMA

March 14, 2012　　　　　　　　　　　　**ABRAHAM, FRUCHER & TWERSKY, LLP**
Ian D. Berg (Bar #263586)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130

Mitchell M.Z. Twersky
Ximena R. Skovron
One Penn Plaza, Suite 2805
New York, NY 10119

By: _/s/ Ian D. Berg_
Attorneys for Lead Plaintiff OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 16, 2012

EDWARD J. DAVILA
United States District Judge

DLA PIPER LLP (US)
EAST PALO ALTO

2

STIPULATION & [PROPOSED] ORDER REGARDING SCHEDULING OF MOTION TO DISMISS CONSOLIDATED COMPLAINT / CASE NI, CV 11-1252-EJD-HRL

**ATTESTATION OF AUTHORIZATION FOR ELECTRONIC FILING**

I, David Priebe, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CONSOLIDATED COMPLAINT AND CASE CAPTION. In compliance with General Order 45, X.B., I hereby attest that Ian D. Berg has concurred in this filing.

March 14, 2012  /s/ David Priebe

DLA Piper LLP (US)
East Palo Alto

3

STIPULATION & [PROPOSED] ORDER REGARDING SCHEDULING OF MOTION TO DISMISS CONSOLIDATED COMPLAINT / CASE NI, CV 11-1252-EJD-HRL