SHIRLI FABBRI WEISS (Bar No. 079225)
*shirli.weiss@dlapiper.com*
DAVID PRIEBE (Bar No. 148679)
*david.priebe@dlapiper.com*
ROY K. McDONALD (CA Bar No. 193691)
*roy.mcdonald@dlapiper.com*
RAJIV DHARNIDHARKA (Bar No. 234756)
*rajiv.dharnidharka@dlapiper.com*
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001

Attorneys for Defendants FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, *and* KURT ADZEMA

[Additional Counsel On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FINISAR CORPORATION SECURITIES LITIGATION | Case No. CV 11-1252 EJD HRL <br><br> <u>Class Action</u> <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

Defendants Finisar Corporation, Jerry S. Rawls, Eitan Gertel, and Kurt Adzema (collectively "Defendants") and Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") hereby stipulate as follows:

WHEREAS, on January 16, 2013, the Court granted Defendants' motion to dismiss Lead Plaintiff's Consolidated Complaint with leave to amend by February 6, 2013, and set a Case Management Conference for March 8, 2013; and,

WHEREAS, on February 6, 2013, Lead Plaintiff filed its First Amended Complaint; and,

WHEREAS, on February 20, 2013, Defendants filed a Motion to Dismiss the First Amended Complaint; and,

WHEREAS, Defendants noticed the hearing of the Motion to Dismiss for June 28, 2013, the earliest available hearing date; and,

WHEREAS, the parties believe that it would conserve the resources of the parties and the Court to hold the Case Management Conference on the same date as the Motion to Dismiss hearing, as the parties' litigation activity between now and that date will be focused on completing the briefing of that motion; and,

WHEREAS, as this is a securities case subject to the Private Securities Litigation Reform Act, due to the relative complexity of the issues in the Motion to Dismiss, it would be appropriate to allow a brief amount of additional time for the completion of the briefing of the motion, in addition to the time periods prescribed by the Local Rules of the Northern District of California; and,

WHEREAS, the proposed extension of the briefing schedule would still result in the completion of briefing well in advance of the Motion to Dismiss hearing;

IT IS HEREBY STIPULATED THAT:

1.  Lead Plaintiff shall file its opposition to the motion to dismiss on or before **March 20, 2013**.

2.  Defendants shall file their reply in support of the motion to dismiss on or before **April 3, 2012**.

\ \ \

3. The Case Management Conference shall be rescheduled to **June 28, 2013** at 10:00 a.m., with a Case Management Conference Statement due one week in advance.

Respectfully submitted,

February 26, 2013                **DLA PIPER LLP (US)**

By: */s/ David Priebe*
Attorneys for Defendants FINISAR CORPORATION, JERRY S. RAWLS, EITAN GERTEL, and KURT ADZEMA

February 26, 2013                **ABRAHAM, FRUCHER & TWERSKY, LLP**
Ian D. Berg (Bar #263586)
12526 High Bluff Drive, Suite 300
San Diego, CA  92130

Mitchell M.Z. Twersky
Ximena R. Skovron
One Penn Plaza, Suite 2805
New York, NY  10119

By: */s/ Ian D. Berg*
Attorneys for Lead Plaintiff OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  2/27 , 2013

EDWARD J. DAVILA
United States District Judge

**ATTESTATION OF AUTHORIZATION FOR ELECTRONIC FILING**

  I, David Priebe, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING.  In compliance with General Order 45, X.B., I hereby attest that Ian D. Berg has concurred in this filing.

February 26, 2013         */s/ David Priebe*