UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORPORATION SECURITIES LITIGATION | Case No. 5:11-cv-01252-EJD (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 1**<br><br>Re: Dkt. No. 138 |

This is a putative securities class action. In Discovery Dispute Joint Report #1 the plaintiff asks the court to order the deposition of Finisar's Fed. R. Civ. P. 30(b)(6) witness to go forward on November 8th, the date upon which it is noticed. The deposition notice describes nine Topics for examination. Finisar urges a postponement until it has completed an additional document production requested by plaintiff.

Fact discovery is open until April 20, 2018, but plaintiffs say they need to get going now, and all nine Topics track Finisar's initial disclosures. Finisar says it is too soon because its ongoing rolling document production may affect the 30(b)(6) witness' testimony. Finisar does not suggest when it will complete the rolling production.

Neither side's arguments are overwhelmingly persuasive, but the court is willing to strike what seems to be a fair compromise. The deposition shall go forward on November 8th, but only

on Topic 1 and the first half (first sentence) of Topic 2. This should give the plaintiff the baseline it says it needs to understand what has been produced and to map out further discovery. The deposition can be resumed after completion of Finisar's rolling production, but the court expects that production will be completed sooner rather than later.

SO ORDERED.

Dated: November 2, 2017

HOWARD R. LLOYD
United States Magistrate Judge