

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

February 01, 2018

| | |
|---|---|
| No.: | 18-80013 |
| D.C. No.: | 5:11-cv-01252-EJD |
| Short Title: | Oklahoma Firefighters Pension v. Finisar Corporation, et al |

Dear Appellant/Counsel

This is to acknowledge receipt of your Petition for Permission to Appeal under 23(f).

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The file number and the title of your case should be shown in the upper right corner of your letter to the clerk's office. All correspondence should be directed to the above address pursuant to Circuit Rule 25-1.

No. _____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

IN RE FINISAR CORPORATION SECURITIES LITIGATION

On Petition for Permission to Appeal from the
United States District Court for the Northern District of California
The Honorable Edward J. Davila, Presiding
Case No. 5:11-cv-01252-EJD

## PETITION FOR PERMISSION TO APPEAL PURSUANT TO RULE 23(f) FROM AN ORDER DENYING CLASS CERTIFICATION

Ian D. Berg
Takeo A. Kellar
ABRAHAM, FRUCHTER
 & TWERSKY, LLP
11622 El Camino Real, Suite 100
San Diego, California 92130
Telephone: (858) 764-2580

Mitchell M.Z. Twersky
ABRAHAM, FRUCHTER
 & TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050

*Attorneys for Plaintiff-Petitioner Oklahoma*
*Firefighters Pension and Retirement System*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Petitioner Oklahoma Firefighters Pension and Retirement System states that it is not a corporation, does not issue stock, and is not controlled by any publicly held corporation.

DATED: February 1, 2018                Respectfully submitted,

                                              ABRAHAM, FRUCHTER
                                                    & TWERSKY, LLP

                                                    /s/ *Ian D. Berg*
                                                    IAN D. BERG

IAN D. BERG
TAKEO A. KELLAR
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel:   (858) 764-2580
Fax:   (858) 764-2582

                -and-

MITCHELL M.Z. TWERSKY
One Penn Plaza, Suite 2805
New York, NY 10119
Tel:   (212) 279-5050
Fax:   (212) 279-3655

*Attorneys for the Plaintiff-Petitioner Oklahoma Firefighters Pension and Retirement System*